

**The Austin Law Firm**
**19901 Southwest Freeway**
**Sugar Land, Texas 77479**
**713-339-2415**
**713-456-2633 Fax**

January 24, 2014
Invoice Number: 1043

Sard Enterprises, Inc.

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
|  | **Previous Balance** |  |  |  | **$0.00** |
| 1/17/2014 | Initial consultation | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/20/2014 | Client consultation | 1.30 | $250.00 | $0.00 | $325.00 |
| 1/20/2014 | Review of client docs and prepare petition | 1.00 | $250.00 | $0.00 | $250.00 |
| 1/21/2014 | Called TX Comptroller about bk filing | 0.20 | $250.00 | $0.00 | $50.00 |
| 1/21/2014 | Chp 11 Filing Fee |  |  | $0.00 | $1,213.00 |
| 1/21/2014 | Consulted with client | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/21/2014 | Drafted first day motions and app to employ atty | 2.70 | $250.00 | $0.00 | $675.00 |
| 1/21/2014 | Filed petition | 0.20 | $250.00 | $0.00 | $50.00 |
| 1/22/2014 | Amended First Day Motion per UST | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/22/2014 | Completed motions and sent for client review and signature | 1.00 | $250.00 | $0.00 | $250.00 |
| 1/22/2014 | Spoke w Nancy Holley UST regarding this case | 0.20 | $250.00 | $0.00 | $50.00 |
| 1/23/2014 | Drafted and filed matrix | 0.80 | $250.00 | $0.00 | $200.00 |
| 1/23/2014 | Spoke w client regarding first day motions | 0.30 | $250.00 | $0.00 | $75.00 |
| 1/24/2014 | reviewed client revisions to motions, made amendments and filed | 0.80 | $250.00 | $0.00 | $200.00 |
|  | **Amount Due** | **10.00** |  |  | **$3,713.00** |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances