UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-30435-H1-11 |
| SARD ENTERPRISES INC. | § | |
| | § | |
| DEBTOR(S) | § | |

UNITED STATES TRUSTEE'S REPORT OF
INABILITY TO APPOINT A CREDITORS' COMMITTEE

TO THE HONORABLE JUDGE MARVIN ISGUR:

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned, and respectfully reports as follows:

1. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. §1102(a)(1).

2. The United States Trustee has not been able to appoint a committee of unsecured creditors as contemplated by 11 U.S.C. §1102 as there are not three (3) eligible unsecured creditors.

Dated:   March 4, 2014

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By:   /s/ Nancy L.Holley
Nancy L Holley,
Attorney for the United States Trustee
State Bar No. 09875550
Federal Bar # 1440
515 Rusk, Ste. 3516
Houston, TX 77002
(713) 718-4650
(713) 718-4680 FAX

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Statement of the United States Trustee As To Why No Committee of Unsecured Creditors Has Been Appointed</u> was served upon the parties on the attached list via ECF transmission or by, United States regular mail, first class, postage paid, to those persons listed below at the addresses listed below, on the 4th day of March, 2014.

/s/ Nancy L. Holley
Nancy L. Holley,
Attorney for the United States Trustee
515 Rusk, Ste. 3516
Houston, TX 77002
(713) 718-4650
(713) 718-4680 FAX

<u>Debtor:</u>

Sard Enterprises, Inc.
11627 Orchard Mountain Dr.
Houston, TX   77059


<u>Debtor's Counsel:</u>

Kelley L. Austin
19901 Southwest Fwy.
Sugarland, TX   77479