

**The Austin Law Firm**
**19901 Southwest Freeway**
**Sugar Land, Texas 77479**
**713-339-2415**
**713-456-2633 Fax**

March 31, 2014
Invoice Number: 1044

Sard Enterprises, Inc.

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
|  | **Previous Balance** |  |  |  | **$0.00** |
| 1/17/2014 | Initial consultation | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/20/2014 |  |  |  |  | ($4,000.00) |
| 1/20/2014 | Client consultation | 1.30 | $250.00 | $0.00 | $325.00 |
| 1/20/2014 | Review of client docs and prepare petition | 1.00 | $250.00 | $0.00 | $250.00 |
| 1/21/2014 | Called TX Comptroller about bk filing | 0.20 | $250.00 | $0.00 | $50.00 |
| 1/21/2014 | Chp 11 Filing Fee |  |  | $0.00 | $1,213.00 |
| 1/21/2014 | Consulted with client | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/21/2014 | Drafted first day motions and app to employ atty | 2.70 | $250.00 | $0.00 | $675.00 |
| 1/21/2014 | Filed petition | 0.20 | $250.00 | $0.00 | $50.00 |
| 1/22/2014 | Amended First Day Motion per UST | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/22/2014 | Completed motions and sent for client review and signature | 1.00 | $250.00 | $0.00 | $250.00 |
| 1/22/2014 | Spoke w Nancy Holley UST regarding this case | 0.20 | $250.00 | $0.00 | $50.00 |
| 1/23/2014 | Drafted and filed matrix | 0.80 | $250.00 | $0.00 | $200.00 |
| 1/23/2014 | Spoke w client regarding first day motions | 0.30 | $250.00 | $0.00 | $75.00 |
| 1/24/2014 | Drafted and filed Notice of retainer draw down | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/24/2014 | reviewed client revisions to motions, made amendments and filed | 0.50 | $250.00 | $0.00 | $125.00 |
| 1/27/2014 | Spoke with TX Comp atty re case | 0.30 | $250.00 | $0.00 | $75.00 |
| 1/28/2014 | Completed schedules and filed | 1.20 | $250.00 | $0.00 | $300.00 |
| 1/28/2014 | Drafted cash coll motion and notice of hearing and filed | 1.50 | $250.00 | $0.00 | $375.00 |
| 1/28/2014 | Spoke w court coord regarding hearing for cash coll motion | 0.20 | $250.00 | $0.00 | $50.00 |
| 1/28/2014 | Worked w client on proposed budget and filed w court | 1.80 | $250.00 | $0.00 | $450.00 |
| 1/29/2014 | Attendance at hearing | 3.00 | $250.00 | $0.00 | $750.00 |
| 1/29/2014 | drafted agreed cash collateral order | 1.00 | $250.00 | $0.00 | $250.00 |
| 1/29/2014 | Reviewed cash collateral order w AG and filed w Court | 0.70 | $250.00 | $0.00 | $175.00 |
| 1/29/2014 | Spoke w atty for Wells Fargo | 0.10 | $250.00 | $0.00 | $25.00 |
| 1/31/2014 | Spoke w trustee and court coord to reschedule 341 and status conf | 1.00 | $250.00 | $0.00 | $250.00 |
| 2/3/2014 | drafted and filed Notice of reset 341 and status conf | 0.50 | $250.00 | $0.00 | $125.00 |
| 2/4/2014 | Spoke w client and case auditor to reschedule debtor conf | 0.50 | $250.00 | $0.00 | $125.00 |
| 2/6/2014 | Began work on initial debtor packet | 1.00 | $250.00 | $0.00 | $250.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 2/7/2014 | Finished initial trustee packet and forwarded to client for signatures | 0.50 | $250.00 | $0.00 | $125.00 |
| 2/10/2014 | forwarded initial debtor packet to trustee | 0.30 | $250.00 | $0.00 | $75.00 |
| 2/11/2014 | Initial debtor conference | 1.20 | $250.00 | $0.00 | $300.00 |
| 2/12/2014 | Amended schedules and filed | 1.00 | $250.00 | $0.00 | $250.00 |
| 2/13/2014 | Spoke with broker about potential listing agreement | 0.20 | $250.00 | $0.00 | $50.00 |
| 3/3/2014 | Attendance at status conference and creditor meeting | 3.00 | $250.00 | $0.00 | $750.00 |
| 3/5/2014 | Contacted AG about Comptroller collections | 0.50 | $250.00 | $0.00 | $125.00 |
| 3/13/2014 | send client trustee's request for info | 0.10 | $250.00 | $0.00 | $25.00 |
| 3/25/2014 | Phone call to client | 0.10 | $250.00 | $0.00 | $25.00 |
| 3/27/2014 | Comm w Trustee regarding documents due | 1.00 | $250.00 | $0.00 | $250.00 |
| 3/28/2014 | Phone call to client | 0.10 | $250.00 | $0.00 | $25.00 |
| 3/31/2014 | Drafted Fee App and Notice of Retainer Draw and filed | 2.50 | $250.00 | $0.00 | $625.00 |
| | **Amount Due** | **33.50** | | | **$5,588.00** |